FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 20, 2026**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIELLA SHERIF RIZKALLA,<br><br>Defendant. | No. 2:25-CR-00075-RLP-4<br><br>ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 293)** |

Before the Court is Defendant GABRIELLA SHERIF RIZKALLA's Motion to Modify Release Conditions. **ECF No. 293**. The United States did not oppose the motion. Based on the United States' affirmative non-opposition to Defendant's Motion, the Court grants the Motion.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Release Conditions, **ECF No. 293**, is **GRANTED.**

2. Defendant is permitted to travel to Mexico with her father February 24, 2026 through March 3, 2026.

3. All other terms and conditions of release set forth in ECF No. 137 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED February 20, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1