PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 07, 2026**

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Gabriella Sherif Rizkalla** | ) | Case No. 2:25CRCR00075-RLP-4 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gabriella Sherif Rizkalla, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know to be a convicted felon or gang member. Prohibited forms of contact include but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _(signature)_ | 4/6/26 | _(signature)_ | 4-6-26 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Gabriella Sherif Rizkalla | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _(signature)_ | 4/6/26 |
| Signature of Defense Counsel | Date |
| Michael Merritt | |

[X] The above modification of conditions of release is ordered, to be effective on April 7, 2026

[ ] The above modification of conditions of release is <u>not</u> ordered.

| | |
|---|---|
| _(signature)_ | April 7, 2026 |
| Signature of Judicial Officer | Date |
| James A. Goeke | |