FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GABRIELLA SHERIF RIZKALLA, Defendant. | No. 2:25-CR-00075-RLP-4 ORDER MODIFYING CONDITIONS OF RELEASE **MOTION GRANTED** **(ECF No. 371)** |

On July 23, 2026, the Court held a hearing for Defendant GABRIELLA SHERIF RIZKALLA's Motion to Modify Release Conditions. **ECF No. 371**. Defendant appeared out of custody represented by court-appointed counsel Michael Merritt. Assistant U.S. Attorney Annika Tangvald represented the United States. Defendant consented to the proceedings being conducted by video with the Court presiding in Bellevue, Washington; and Defendant, his counsel, and the Government appearing in Spokane, Washington.

Defendant, through counsel, requested modification of the conditions of her pretrial release to allow her travel to Egypt for her father's funeral and to assist with settling her father's estate from July 26, 2026 through August 21, 2026. The United States opposed the motion due to no extradition treaty with Egypt. U.S. Probation Officer Erik Carlson deferred to the Court on the issue.

ORDER - 1

**IT IS ORDERED:**

1.      Defendant's Motion to Modify Release Conditions, **ECF No. 371**, is **GRANTED.**

2.      Defendant is permitted to travel to Egypt July 26, 2026 through August 21, 2026.

3.      All other terms and conditions of release set forth in ECF No. 137 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 5, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2